STATE OF NEW JERSEY v. RONALD JOYNER.

May 1, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH WHEELER.

May 1, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM WARDLAW.

May 1, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. RALPH KEYS.

May 1, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. LAMONT THOMAS.

May 1, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL GILLISON.

May 1, 1979.  Petition for certification denied.